**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000414**
**15-OCT-2021**
**08:33 AM**
**Dkt. 19 ODSD**

NO. CAAP-21-0000414

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROBERT LAFLAMME, Plaintiff-Appellant, v.
LARRY ELLISON, Individually and as a Board Member of Tesla Inc.;
IRA EHRENPREIS, Individually and as a Board Member of Tesla Inc.;
ELON MUSK, Individually and as a Board Member of Tesla Inc. and
Member of the Management Team;
ROBYN DENHOLM, Individually and as Chairwoman of the Board of
Tesla Inc. and Member of the Management Team,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001691)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On July 15, 2021, self-represented Plaintiff-Appellant Robert LaFlamme (LaFlamme) filed the notice of appeal;

(2) On July 29, 2021, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 9, 2021, and September 7, 2021, respectively;

(3) LaFlamme failed to file either document or request an extension of time;

(4) On September 16, 2021, the appellate clerk entered a default notice informing LaFlamme that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 27, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure

Rules 12.1(e) and 30, and LaFlamme could request relief from default by motion; and

(5) LaFlamme took no further action in the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 15, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge